

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | 8:20-MJ-00837 |
| Gabriel Matteson | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| DEFENDANT(S). | |

Upon motion of <u>Government</u>, IT IS ORDERED that a detention hearing is set for <u>Detention Hearing</u>, <u>12/8/2020</u>, at <u>9:00</u> ☒a.m. / ☐p.m. before the Honorable <u>Autumn D. Spaeth</u>, in Courtroom _____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: <u>December 3, 2020</u>       _____
                                    Autumn D. Spaeth, U.S. Magistrate Judge